**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**THE WISE COMPANY, INC.**                                              **PLAINTIFF**

**VS.**                  **NO.  3:04-CV-00401 GTE**

**DIXIE-NARCO, INC.**                                                  **DEFENDANT**

## **JUDGMENT**

Pursuant to the Memorandum Opinion and Order filed in this matter this date granting summary judgment in favor of the Defendant Dixie-Narco, Inc., it is Considered, Ordered, and Adjudged that the Complaint in this matter be, and it is hereby, dismissed in its entirety.

IT IS SO ORDERED this 4th day of January, 2006.

                                                              \_\_/s/Garnett Thomas Eisele_____
                                                              UNITED STATES DISTRICT JUDGE